William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION     21 MC 102 (AKH)

_____X

CARLOS PINELA (AND WIFE, CIOTILDE
PINELA)

                                                                       **NOTICE OF THE BROOKFIELD PARTIES' ADOPTION OF AMENDED ANSWER TO MASTER COMPLAINT**

V.

BATTERY PARK CITY, ET. AL.,

                                                                       CASE NUMBER: (AKH)
                                                                       07 CV 05377
_____X

     PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co. LLC f/k/a WFP Tower A Co. L.P. and Brookfield Properties One WFC G.P. Corp. f/k/a WFP Tower A Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

     WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      October  18  2007

                Faust, Goetz, Schenker & Blee, LLP

                By: William J. Smith (WJS-9137)
                Attorneys for the Brookfield Parties
                Two Rector Street, 20th Floor
                New York, NY 10006
                (212) 363-6900