UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                  :

IN RE: WORLD TRADE CENTER LOWER      :    **Docket No.:**
MANHATTAN DISASTER SITE             :    **21 MC 102 (AKH)**
LITIGATION                            :
----------------------------------------------------------- :
                                                  :

CARLOS PINELA,                        :    **Case No.:**
                                                  :    **07-CV-05377-AKH**

                 Plaintiffs,        :

                                                    :

       - against -                :    **NOTICE OF APPEARANCE**
                                                    :    **BY DEFENDANT**
WESTON SOLUTIONS, INC., *et al*,        :    **<u>WESTON SOLUTIONS, INC.</u>**
                                                    :

                Defendants.       :

                                                    :
-------------------------------------------------------------X

To the Clerk of this Court and All Parties of Record:

      PLEASE TAKE NOTICE that Defendant WESTON SOLUTIONS, INC. ("Weston"), by

and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP,

hereby appears in the above-entitled action, and that all pleadings and papers in this action be

served upon the undersigned at the office and address stated below.  The undersigned certifies

that he is admitted to practice before this Court.


Dated: New York, New York
      January 2, 2008

3056877.1

Yours etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _/s/ Jason Harrington_____
Jason Harrington (JH7273)
Attorneys for Defendant
Weston Solutions, Inc.
150 E 42nd Street
New York, NY 10017
(212) 490-3000 (p)
(212) 490-3038 (f)

To: All parties via ECF

2

3056877.1